# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

156305(88)

DEPARTMENT OF HEALTH AND HUMAN
SERVICES,
      Plaintiff,

v

SC: 156305
COA: 336553
Oakland CC: 2014-819042-DS

ANNETTE BIRMINGHAM,
      Defendant-Appellee,
and

DAVID ARNOLD,
      Other Party-Appellee,
and

MARY DEEGAN and MICHAEL DEEGAN,
      Other Parties-Appellants.
_____/

      On order of the Chief Justice, appellants' motion to extend the time for filing their reply is GRANTED. The reply submitted on September 19, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2017



Clerk